IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 1:11-CV-00156-GZS |
| v. | ) | |
| | ) | |
| 1.30 ACRES OF LAND, MORE | ) | |
| OR LESS, SITUATED IN THE | ) | |
| TOWN OF VAN BUREN, | ) | |
| AROOSTOOK COUNTY, | ) | |
| MAINE AND VAN BUREN | ) | |
| LIGHT AND POWER DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TO DEPOSIT FUNDS**

Upon consideration of the Motion of plaintiff, United States of America, for an Order to deposit estimated just compensation with the Clerk of Court, and the Court having considered the Motion,

It is ORDERED that the Motion to Deposit (Docket # 5) is hereby GRANTED.

It is FURTHER ORDERED that the said sum of $8,000.00 be deposited by the Clerk into the registry of this Court in an interest bearing account.

                                                  /s/ George Z. Singal
                                                  United States District Judge

Dated this 19th day of April, 2011.